| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** RIVERSIDE DIVISION

| In re:<br><br>**Angel Mendoza**<br>**Charles Love**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.  ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  04/06/2026    Angel Mendoza _____      _____
                          Printed name of Debtor 1                    Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2.   ☑  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☑  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   04/06/2026   Charles Love
                     Printed name of Debtor 2                                    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**(THIS IS A COPY GENERATED 04-06-2026 04:46:21 PM BY CAL EMPLOYEE CONNECT)**

# S T A T E   O F   C A L I F O R N I A

### DIRECT DEPOSIT ADVICE

DIRECT DEPOSIT NUMBER
**06-825494**

| | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $*4457 | 35 |

**TO A M MENDOZA**

291-331
AGENCY   UNIT



*NOT NEGOTIABLE*



**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

> When changing accounts or financial institutions, notify your personnel office immediately.
> Do not close your old account until you have received your first payment in your new account.

STATE OF CALIFORNIA   STATEMENT OF EARNINGS AND DEDUCTIONS   OFFICE OF STATE CONTROLLER

A M MENDOZA
AGY/UNIT 291-331   PAY PERIOD 03/26
TAX YEAR 26      ISSUE DATE 04/01/26
ST S00    FD S      OTHIN 0.00

SOC SEC NO        1963
DIRECT DEP # 06-825494
BANK TRANSIT 031176110
DED 0.00      DEP 0.00

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 6449.53 | 5933.66 | 1992.18 | 4457.35 |
| YEAR-TO-DATE [1] | 25333.14 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 6449.53 | FEDERAL TAX | 569.57 |
| | | | | STATE TAX | 240.52 |
| | | | | *RETIREMENT | 504.61 |
| | | | | SOC SEC | 399.17 |
| | | | | MEDICARE | 93.35 |
| | | | | CASDI | 83.70 |
| | | | | *BLUSHLDTRI | .00 |
| | | | | *F DNTL DPO | 11.26 |
| | | | | VISION-VSP | .00 |
| | | | | SEIU1000D | 90.00 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | SOC SEC | HLTH/FLEX |
|---|---|---|
| 2026.44 | 399.17 | 970.38 |
| MEDICARE | VISION | |
| 93.35 | 8.10 | |

| | 2/26 BEGIN BAL | CREDIT | USED | MISC | 3/26 BEGIN | |
|---|---|---|---|---|---|---|
| VACATION | 141.75 | 10.00 | 0.00 | 0.00 | 151.75 | |
| SICK LV | 99.75 | 8.00 | 13.50 | 0.00 | 94.25 | |
| PH | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | UNITS |
| VPLP | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | |
| 2025 PLP | 3.00 | 5.00 | 8.00 | 0.00 | 0.00 | |
| HOL CR | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | |
| EX HRS | 10.00 | 0.00 | 1.00 | 0.00 | 9.00 | |
| HOL ITO | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | |

*SCO ENCOURAGES YOU TO SIGN UP FOR CAL EMPLOYEE CONNECT.
VIEW, PRINT, OR SAVE TAX INFO, LEAVE BALANCES, AND PAY STUBS.
ACCESS EARNINGS AND MORE SECURELY AT HTTPS://CONNECT/.

CD 39A  (Rev  08/00) [1] Year-to-date gross on final earnings statement may not agree with W-2.
* Amounts which affect taxable gross

| | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $***31 | .22 |

TO A M MENDOZA                    291-331
                                  AGENCY  UNIT





*NOT NEGOTIABLE*

**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

STATE OF CALIFORNIA        STATEMENT OF EARNINGS AND DEDUCTIONS        OFFICE OF STATE CONTROLLER
A M MENDOZA                                          SOC SEC NO              1963
AGY/UNIT 291-331     PAY PERIOD 02/26     DIRECT DEP # 06-672768
TAX YEAR 26        ISSUE DATE 03/17/26    BANK TRANSIT 031176110
ST S00      FD S       OTHIN 0.00         DED 0.00         DEP 0.00

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 50.00 | 50.00 | 18.78 | 31.22 |
| YEAR-TO-DATE [1] | 18883.61 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT | |
|---|---|---|---|---|---|---|
| TELEWRK REM | | | 50.00 | FEDERAL TAX | 11.00 | |
| | | | | STATE TAX | 3.30 | |
| | | | | SOC SEC | 3.10 | |
| | | | | MEDICARE | .73 | |
| | | | | CASDI | .65 | |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| SOC SEC | MEDICARE |
|---|---|
| 3.10 | .73 |

*MARCH IS NATIONAL PROBLEM GAMBLING AWARENESS MONTH.
GAMBLING ADDICTION CAN HARM YOUR LIFE AND LOVED ONES.
CALL 1-800-GAMBLER OR VISIT PROBLEMGAMBLING.CA.GOV.

(THIS IS A COPY GENERATED 03-19-2026 03:23:43 PM BY CAL EMPLOYEE CONNECT)

# STATE OF CALIFORNIA

DIRECT DEPOSIT NUMBER
06-284945

## DIRECT DEPOSIT ADVICE

|  | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $*4457 | 35 |

TO A M MENDOZA

291-331
AGENCY  UNIT

 *NOT NEGOTIABLE*



**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

STATE OF CALIFORNIA          STATEMENT OF EARNINGS AND DEDUCTIONS          OFFICE OF STATE CONTROLLER
A M MENDOZA                                         SOC SEC NO          1963
AGY/UNIT 291-331    PAY PERIOD 02/26     DIRECT DEP # 06-284945
TAX YEAR 26       ISSUE DATE 03/01/26     BANK TRANSIT 031176110
ST S00    FD S      OTHIN 0.00     DED 0.00     DEP 0.00

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 6449.53 | 5933.66 | 1992.18 | 4457.35 |
| YEAR-TO-DATE [1] | 18833.61 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| REGULAR | | | 6449.53 | FEDERAL TAX | 569.57 |
| | | | | STATE TAX | 240.52 |
| | | | | *RETIREMENT | 504.61 |
| | | | | SOC SEC | 399.17 |
| | | | | MEDICARE | 93.35 |
| | | | | CASDI | 83.70 |
| | | | | *BLUSHLDTRI | .00 |
| | | | | *F DNTL DPO | 11.26 |
| | | | | VISION-VSP | .00 |
| | | | | SEIU1000D | 90.00 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| RETIREMNT | SOC SEC | HLTH/FLEX |
|---|---|---|
| 2026.44 | 399.17 | 970.38 |
| MEDICARE | VISION | |
| 93.35 | 8.10 | |

| | 1/26 BEGIN BAL | CREDIT | USED | MISC | 2/26 BEGIN | |
|---|---|---|---|---|---|---|
| VACATION | 131.75 | 10.00 | 0.00 | 0.00 | 141.75 | |
| SICK LV | 103.50 | 8.00 | 11.75 | 0.00 | 99.75 | |
| PH | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | UNITS |
| VPLP | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | |
| 2025 PLP | 0.00 | 5.00 | 2.00 | 0.00 | 3.00 | |
| HOL CR | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | |
| EX HRS | 9.00 | 1.00 | 0.00 | 0.00 | 10.00 | |
| HOL ITO | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | |

*MARCH IS NATIONAL PROBLEM GAMBLING AWARENESS MONTH.
GAMBLING ADDICTION CAN HARM YOUR LIFE AND LOVED ONES.
CALL 1-800-GAMBLER OR VISIT PROBLEMGAMBLING.CA.GOV.

CD 39A (Rev 08/00) [1] Year-to-date gross on final earnings statement may not agree with W-2.
* Amounts which affect taxable gross

(THIS IS A COPY GENERATED 03-19-2026 03:06:18 PM BY CAL EMPLOYEE CONNECT)

# STATE OF CALIFORNIA

DIRECT DEPOSIT NUMBER
06-134714

### DIRECT DEPOSIT ADVICE

| | DOLLARS | CENTS |
|---|---|---|
| AMOUNT DEPOSITED | $***31 | 22 |

TO A M MENDOZA                291-331
                             AGENCY  UNIT

 *NOT NEGOTIABLE*



**MALIA M. COHEN**
CALIFORNIA STATE CONTROLLER

When changing accounts or financial institutions, notify your personnel office immediately.
Do not close your old account until you have received your first payment in your new account.

STATE OF CALIFORNIA        STATEMENT OF EARNINGS AND DEDUCTIONS        OFFICE OF STATE CONTROLLER
A M MENDOZA                                          SOC SEC NO            1963
AGY/UNIT 291-331    PAY PERIOD 01/26      DIRECT DEP # 06-134714
TAX YEAR 26        ISSUE DATE 02/12/26    BANK TRANSIT 031176110
ST S00      FD S      OTHIN 0.00      DED 0.00      DEP 0.00

| | GROSS PAY | TAXABLE GROSS | DEDUCTIONS | NET PAY |
|---|---|---|---|---|
| CURRENT | 50.00 | 50.00 | 18.78 | 31.22 |
| YEAR-TO-DATE [1] | 12384.08 | | | |

| EARNINGS | DAYS | HOURS | GROSS | DEDUCTIONS | AMOUNT |
|---|---|---|---|---|---|
| TELEWRK REM | | | 50.00 | FEDERAL TAX | 11.00 |
| | | | | STATE TAX | 3.30 |
| | | | | SOC SEC | 3.10 |
| | | | | MEDICARE | .73 |
| | | | | CASDI | .65 |

EMPLOYER CONTRIBUTIONS (current and adjustments)

| SOC SEC | MEDICARE |
|---|---|
| 3.10 | .73 |

*CELEBRATE UNCLAIMED PROPERTY MONTH,
SEARCH CLAIMIT.CA.GOV TO SEE IF SCO IS HOLDING YOUR MONEY.
SCO SAFEGUARDS FUNDS UNTIL REUNITED WITH RIGHTFUL OWNERS.
*TAX SEASON IS HERE. LEARN ABOUT THE CASH-BACK CALIFORNIA
EARNED INCOME, YOUNG CHILD, AND FOSTER YOUTH TAX CREDITS AT
FTB.CA.GOV/CALEITC. GET FREE TAX HELP AT FTB.CA.GOV/VITA.

CD 39A (Rev 08/00) [1] Year-to-date gross on final earnings statement may not agree with W-2.
                   * Amounts which affect taxable gross