Certificate Number: 14912-CAC-DE-040889446

Bankruptcy Case Number: 26-12685



14912-CAC-DE-040889446

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 22, 2026, at 5:22 o'clock PM EDT, Angela Mendoza completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:    April 22, 2026                          By:    /s/Jai Bhatt

                                                 Name:  Jai Bhatt

                                                 Title:  Counselor